IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANDREA CARPENTER**                                                      **PLAINTIFF**

**V.**                           **4:12CV000456 JMM**

**PAVEL SANCHEZ**                                                    **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal (Docket # 9), the Court finds that this case should be dismissed. The Complaint and all claims in this action are hereby dismissed with prejudice as to all parties. Each party is to bear their own costs and attorneys' fees. The Clerk is directed to close the case.

IT IS SO ORDERED this 18th day of April, 2013.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE